1046 

[No. 37540-7-I. Division One. March 31, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW JAMES TODAHL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-03103-6, LeRoy McCullough, J., entered October 23, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 37901-1-I. Division One. March 31, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. B.J.B., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-00795-7, Marsha J. Pechman, J., entered December 6, 1995. *Dismissed* by unpublished opinion per Grosse, J., concurred in by Kennedy, A.C.J., and Ellington, J.

[No. 38286-1-I. Division One. March 31, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. J.M.G., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-07001-1, Michael Spearman, J., entered March 1, 1996. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy, A.C.J., and Agid, J.

[No. 38297-7-I. Division One. March 31, 1997.]

JOSEPH C. FINLEY, *Appellant*, v. EUGENE D. SELIGMANN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-33174-2, Larry A. Jordan, J., entered February 12, 1996. *Affirmed* by unpublished opinion per Agid, J., concurred in by Webster and Cox, JJ.